**DISMISS and Opinion Filed January 30, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-01106-CV**

**SWAPNA ANANTH, Appellant**
**V.**
**VETON KRASNIQI, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-03761-2023**

## MEMORANDUM OPINION

Before Justices Garcia, Breedlove, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellant's motion to dismiss the appeal because the trial court has reinstated the case. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

231106F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SWAPNA ANANTH, Appellant

No. 05-23-01106-CV  V.

VETON KRASNIQI, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas Trial Court Cause No. 416-03761-2023.

Opinion delivered by Justice Kennedy. Justices Garcia and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee VETON KRASNIQI recover his costs of this appeal from appellant SWAPNA ANANTH.

Judgment entered January 30, 2024